| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Chicarria Deanna Taylor** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–5779** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Alabama** | | |
| Case number:  **17–30099** | | |

# Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Chicarria Deanna Taylor

Dated June 8, 2021

*/s/ William R. Sawyer*<br>
William R. Sawyer<br>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

In re:  
Chicarria Deanna Taylor  
    Debtor

Case No. 17-30099-WRS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1127-2     User: admin     Page 1 of 2  
Date Rcvd: Jun 08, 2021     Form ID: 3180W     Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chicarria Deanna Taylor, 462A Shiloh Circle, Autaugaville, AL 36003-2718 |
| aty | + | Michael Brock, Brock & Stout, LLC, P.O. Drawer 311167, Enterprise, AL 36331-1167 |
| aty | | Quinn E. Brock, Brock & Stout, P.O. Drawer 311167, Enterprise, AL 36331-1167 |
| sp | | Quinn E. Brock, P. O. Box 311167, Enterprise, AL 36331-1167 |
| 3688919 | | ARS Account Resolution, RE: Emergency Services of Montgomery, 1801 NW 66th Avenue, Suite 200C, Fort Lauderdale, FL 33313-4571 |
| 3688918 | + | Alabama Department of Public Safety, PO Box 1471, Montgomery, AL 36102-1471 |
| 3688921 | + | Chris Tyus, 462A Shiloh Circle, Autaugaville, AL 36003-2718 |
| 3688925 | | Guardian Credit Union, 1732 Cong W L Dickerson Drive, Montgomery, AL 36109-2602 |
| 3688929 | | Mediacredit, Inc., RE: Carolina Medical Center, 13730 S. Point Blvd, Charlotte, NC 28273-7715 |
| 3688930 | | Merchants Adjustment Service, Re: Montgomery Radiology Associates, 56 N Florida St, Mobile, AL 36607-3108 |
| 3699261 | + | Omni Financial, P.O. Box 53628, Fayetteville, NC 28305-3628 |
| 3688932 | | Omni Military Lending, LTD, 14815 Union Avenue SW, Lakewood, WA 98498-2247 |
| 3688933 | + | Pioneer MCB, 4000 S Eastern Ave Ste 3, Las Vegas, NV 89119-0824 |
| 3688935 | + | Ridgeview at Garden Mills, C O Darby Law Firm, PO Box 3905, Montgomery, AL 36109-0905 |
| 3688936 | + | Slocumb Law Firm, LLC, 145 E. MAgnolia Ave Suite 201, Auburn, AL 36830-0149 |
| 3688938 | | US Bank, Cb Disputes, PO Box 3447, Oshkosh, WI 54903-3447 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: trustees_office@ch13mdal.com | Jun 08 2021 21:12:00 | Sabrina L. McKinney, P.O. Box 173, Montgomery, AL 36101-0173 |
| 3727820 | | EDI: AIS.COM | Jun 09 2021 00:28:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 3688922 | | Email/Text: ebnnotifications@creditacceptance.com | Jun 08 2021 21:09:00 | Credit Acceptance Corporation, 25505 W 12 Mile Rd Ste 300, Southfield, MI 48034-1846 |
| 3688923 | + | EDI: CCS.COM | Jun 09 2021 00:28:00 | Credit Collection Service, Re: Progressive, 725 Canton Street, Norwood, MA 02062-2679 |
| 3688924 | | Email/Text: bknotice@ercbpo.com | Jun 08 2021 21:11:00 | Enhanced Recovery Company, LLC, RE: Comcast Cable Communication, PO Box 57547, Jacksonville, FL 32241-7547 |
| 3688926 | | EDI: JEFFERSONCAP.COM | Jun 09 2021 00:28:00 | Jefferson Capital Systems, LLC, 16 McLeland Rd Dept C, Saint Cloud, MN 56303 |
| 3688927 | | EDI: JEFFERSONCAP.COM | Jun 09 2021 00:28:00 | Jefferson Capital Systems, LLC, PO Box 953185, Saint Louis, MO 63195 |
| 3704054 | + | EDI: NFCU.COM | Jun 09 2021 00:28:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 3688931 | | EDI: NFCU.COM | Jun 09 2021 00:28:00 | Navy Federal Credit Union, PO Box 3700, |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Merrifield, VA 22119-3700 |
| 3688939 | + | EDI: VERIZONCOMB.COM | Jun 09 2021 00:28:00 | Verizon Wireless, Attn: Correspondence Team, P.O. Box 5029, Wallingford, CT 06492-7529 |
| 3688920 | | EDI: WSBC | Jun 09 2021 00:28:00 | Badcock Home Furnishings, PO Box 232, Mulberry, FL 33860 |
| 3695367 | + | EDI: WSBC | Jun 09 2021 00:28:00 | W.S.Badcock Corporation, Post Office Box 724, Mulberry, FL 33860-0724 |
| 3688934 | | Email/Text: bankruptcytn@wakeassoc.com | Jun 08 2021 21:10:00 | Revenue Recovery Corporation, RE: Prattville Baptist ER, 7005 Middlebrook Pike, Knoxville, TN 37909-1156 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 3688928 | ##+ | Maresa Howard, 314 Fig Tree Court, Jones, AL 36749-3116 |
| 3688937 | ##+ | Stern Recovery Services Inc., Re: Charlotte Radiology, 415 N Edgeworth St, Greensboro, NC 27401-2071 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Michael Brock | on behalf of Debtor Chicarria Deanna Taylor bankruptcy@brockandstoutlaw.com bankruptcy@managelawfirm.com;bkbackup@managelawfirm.com |
| Quinn E. Brock | on behalf of Spec. Counsel Quinn E. Brock bankruptcy@brockandstoutlaw.com bankruptcy@managelawfirm.com;bkbackup@managelawfirm.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 4